**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV192-RLV**

| | |
|---|---|
| **DIANE G. FRALEY,** ) | |
| **Plaintiff**, ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner, Social** ) | |
| **Security Administration,** ) | |
| **Defendant.** ) | |

      **THIS MATTER** is before the Court upon the Plaintiff's Motion To Proceed *In Forma Pauperis*, filed April 18, 2014.

      By the instant Motion, the Plaintiff seeks to proceed on his Complaint against the Defendant to establish for herself entitlement to Social Security Disability and Disability Insurance Benefits and Supplemental Security Income as provided by 42 U. S. C. § 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g) and 1383(c), without having to prepay the costs associated with bringing this action.

      Plaintiff now has exhausted all administrative remedies prior to filing his Motion to this Court. The Motion represents that the Plaintiff last worked in 2011, at Sudden Link making $1000.00 per month. The Motion states that the Plaintiff has $40.00 in a Bank of America Checking Account and has $1,604.31 in monthly expenses comprised mostly of utilities costs, healthcare premiums, and car payments.

Accordingly, based upon the foregoing representations, the Court finds that the Plaintiff does <u>not</u> have sufficient resources from which to pay the $400.00 filing fee associated with bringing this action.

**IT IS, THEREFORE, ORDER** that**:**

1. Plaintiff's Motion To Proceed *In Forma Pauperis***,** is **GRANTED.**

2. That the Clerk of Court is instructed to prepare process and deliver the same to the U.S. Marshal for service.

3. The U.S. Marshal shall serve process upon the Defendants at the expense of the United States Government; and

4. The Clerk of Court is instructed to provide a copy of this Order to Plaintiff's counsel.

Signed: June 9, 2014

Richard L. Voorhees
United States District Judge