# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 3:14-CV-192

| | | |
|---|---|---|
| DIANE G. FRALEY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**BEFORE THE COURT** is the parties' request to vacate a portion of its May 21, 2015

order involving *Mascio v. Colvin*, 780 F.3d 632 (4th Cir. 2015).

The request to vacate is **DENIED**. The parties indicate that supplemental briefing is not

necessary. Accordingly, as per the terms of the May 21, 2015 Order, supplemental filings are

not required. *See* (May 21 Order) ("If . . . supplemental briefing is requested by either party, all

supplemental filings should be submitted on or before June 15, 2015."). Therefore, the Order

need not be vacated.

**SO ORDERED**

Signed: June 4, 2015

Richard L. Voorhees
United States District Judge